IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA D. BENNETT, #261735, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:09-cv-933-TMH |
| | ) |
| ALA. DEPT. OF CORRECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #4) of the Magistrate Judge is ADOPTED. It is further

ORDERED that this case is DISMISSED with prejudice, prior to service of process, in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

A separate judgment shall be entered.

Done this 16th day of November, 2009.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE